UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA KELLY SLAUGHTER, in her official and personal capacities, and ALVARO M. BEDOYA, in his official and personal capacities,<br><br>                     *Plaintiffs*,<br><br>       v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, ANDREW N. FERGUSON, in his official capacity as Chair of the Federal Trade Commission, MELISSA HOLYOAK, in her official capacity as Commissioner of the Federal Trade Commission, and DAVID B. ROBBINS, in his official capacity as the Executive Director of the Federal Trade Commission,<br><br>                     *Defendants*. | Case No. 25 Civ. 909<br><br>Judge Loren L. AliKhan |

## **MOTION FOR EXPEDITED SUMMARY JUDGMENT**

For the reasons set forth in more detail in the accompanying memorandum, statement of undisputed facts, and supporting declarations, Plaintiffs Rebecca Kelly Slaughter and Alvaro M. Bedoya respectfully move under Federal Rule of Civil Procedure 56 for an order granting expedited summary judgment in their favor. On March 18, 2025, President Trump purported to remove Plaintiffs, Commissioners Slaughter and Bedoya, in violation of the FTC Act, *see* 15 U.S.C. § 41 and nearly a century of Supreme Court precedent. Defendants Ferguson, Robbins, and Holyoak have since sought to implement that attempted unlawful removal by taking actions that effectively bar Plaintiffs from performing their duties as FTC Commissioners.

Because there is no dispute about the facts here and the governing law is clear, there is no barrier to proceeding straight to summary judgment in this matter. Given the importance of the proper functioning of the Commission, as well as the ongoing confusion regarding Plaintiffs'

1

status as duly appointed FTC Commissioners, Plaintiffs respectfully request that this Court, in lieu of preliminary injunction proceedings, set a schedule for the consideration of this motion on as accelerated of a schedule as the Court deems practicable and appropriate.

Immediately before filing, counsel for Plaintiffs emailed a copy of this motion and all accompanying documents, as well as the complaint in the case, to the Assistant Directors for the Federal Programs Branch of the Department of Justice.

Dated: April 11, 2025                  Respectfully submitted,

CLARICK GUERON REISBAUM LLP

By: /s/ Aaron Crowell
Aaron Crowell (*admitted pro hac vice*)
Gregory A. Clarick (*admitted pro hac vice*)
David Kimball-Stanley (*admitted pro hac vice*)
41 Madison Avenue, 23rd Floor
New York, NY 10010
Tel.: (212) 633-4310
acrowell@cgr-law.com
gclarick@cgr-law.com
dkimballstanley@cgr-law.com

PROTECT DEMOCRACY PROJECT, INC.

Benjamin L. Berwick (D.D.C. Bar No. MA0004) 15 Main Street, Suite 312
Watertown, MA 02472
Tel.: (202) 579-4582
ben.berwick@protectdemocracy.org

Amit Agarwal (D.C. Bar No. 90002013)
Beau Tremitiere (*admitted pro hac vice*)
2020 Pennsylvania Ave. NW, Suite # 163
Washington, DC 20006
Tel.: (202) 579-4582
amit.agarwal@protectdemocracy.org
beau.tremitiere@protectdemocracy.org

Jared F. Davidson (*admitted pro hac vice*)
3014 Dauphine Street,
Suite New Orleans, LA
70117 Tel.: (202) 579-582
jared.davidson@protectdemocracy.org

*Attorneys for Plaintiffs Rebecca Kelly Slaughter and Alvaro M. Bedoya*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 11, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. District Court for the District of Columbia using the CM/ECF system. All participants not served by the CM/ECF system have been served in accordance with FRCP 5 and LCvR 5.4(d). A paper copy of the foregoing motion and all accompanying documents has been served on each defendant, the Attorney General, and the United States Attorney for the District of Columbia. In addition, the motion and all accompanying documents have been emailed to the Assistant Directors for the Federal Programs Branch of the Department of Justice.

Dated: April 11, 2025                                                                 /s/ Aaron Crowell  
                                                                                   Aaron Crowell (*admitted pro hac vice*)