UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA KELLY SLAUGHTER, in her official and personal capacities, and ALVARO M. BEDOYA, in his official and personal capacities,<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, ANDREW N. FERGUSON, in his official capacity as Chair of the Federal Trade Commission, MELISSA HOLYOAK, in her official capacity as Commissioner of the Federal Trade Commission, and DAVID B. ROBBINS, in his official capacity as the Executive Director of the Federal Trade Commission,<br><br>*Defendants.* | Case No. 25 Civ. 909<br><br>Judge Loren L. AliKhan |

## DECLARATION OF REBECCA KELLY SLAUGHTER

I, Rebecca Kelly Slaughter, declare as follows:

1. In 2018, the Senate had the opportunity to consider a full slate of five FTC Commissioners nominated by President Trump. The nominees were Republicans Joseph Simons, Noah Phillips, and Christine Wilson, and Democrats Rohit Chopra and me.

2. The U.S. Senate unanimously confirmed my nomination on April 26, 2018, and I was sworn in on May 2, 2018.

3. President Trump exercised his authority to designate Commissioner Joseph Simons as Chair on the day he was sworn in, replacing Acting Chair Maureen K. Ohlhausen, whom President Trump had designated as Acting Chair upon his taking office in January 2017.

4. When President Biden took office in January 2021, he named me Acting Chair of the FTC, a role I held until the day Lina Kahn was confirmed by the Senate and designated Chair

by President Biden in June 2021.

5. President Biden renominated me as Commissioner on February 13, 2023.

6. The Senate unanimously confirmed my renomination on March 7, 2024, approving another bipartisan slate that included two Republican Commissioners, Defendants Andrew Ferguson and Melissa Holyoak.

7. My second term is set to expire on September 25, 2029.

8. During my tenure on the FTC, the agency has taken significant actions in service of the Commission's statutory mission. For example:

    a. The FTC issued a report to Congress in May 2021 detailing how repair restrictions imposed by manufacturers hurt small businesses and consumers.[1]

    b. On May 31, 2023, the FTC charged Amazon with violating the Children's Online Privacy Protection Act Rule by keeping Alexa voice recordings in perpetuity and ignoring parents' deletion requests.[2] The Commission ordered Amazon to delete the children's data and implement new privacy safeguards.[3]

    c. On July 9, 2024, the FTC issued a staff report detailing how the six largest pharmacy benefit managers (PBMs) artificially boosted their profits by

---

[1] Federal Trade Commission, *Nixing the Fix: an FTC Report to Congress on Repair Restrictions* (May 2021), *available at* https://www.ftc.gov/system/files/documents/reports/nixing-fix-ftc-report-congress-repair-restrictions/nixing_the_fix_report_final_5521_630pm-508_002.pdf.

[2] *FTC and DOJ Charge Amazon with Violating Children's Privacy Law by Keeping Kids' Alexa Voice Recordings Forever and Undermining Parents' Deletion Requests*, Fed. Trade Comm'n (May 31, 2023), https://www.ftc.gov/news-events/news/press-releases/2023/05/ftc-doj-charge-amazon-violating-childrens-privacy-law-keeping-kids-alexa-voice-recordings-forever.

[3] *Id.*

systematically steering customers to higher priced insulin products.[4]

d. On September 19, 2024, the FTC issued a report detailing how some of the largest social media and streaming companies have surveilled consumers, monetizing the personal information of their users, especially children and teenagers; the report included information on, among others, Amazon.com, Inc.; ByteDance Ltd., which owns TikTok; Discord Inc.; Meta Platforms, Inc.; YouTube LLC; and X Corp.[5]

e. On January 14, 2025, the FTC issued another staff report detailing how the three major PBMs charge markups for medications treating cancer, HIV, and other critical diseases.[6]

f. On April 14, 2025, the FTC is scheduled to go to trial against Meta Platforms, Inc., in a suit that alleges Meta accumulated and maintained illegal monopoly power over social networking through its acquisitions of Instagram and WhatsApp.[7]

9. President Biden nominated Defendant Ferguson, a Republican, to serve as FTC

---

[4] Federal Trade Commission, *FTC Releases Interim Staff Report on Prescription Drug Middlemen* (July 9, 2024), *available at* https://www.ftc.gov/news-events/news/press-releases/2024/07/ftc-releases-interim-staff-report-prescription-drug-middlemen.

[5] Federal Trade Commission, *FTC Staff Report Finds Large Social Media and Video Streaming Companies Have Engaged in Vast Surveillance of Users with Lax Privacy Controls and Inadequate Safeguards for Kids and Teens* (Sept. 19, 2024), *available at* https://www.ftc.gov/news-events/news/press-releases/2024/09/ftc-staff-report-finds-large-social-media-video-streaming-companies-have-engaged-vast-surveillance.

[6] Federal Trade Commission, *FTC Releases Second Interim Staff Report on Prescription Drug Middlemen* (Jan. 14, 2025), *available at* https://www.ftc.gov/news-events/news/press-releases/2025/01/ftc-releases-second-interim-staff-report-prescription-drug-middlemen.

[7] *See FTC v. Meta Platforms, Inc.*, 1:20-cv-03590-JEB (D.D.C. filed Dec. 09, 2020).

Commissioner on July 11, 2023.

10. Immediately following President Trump's inauguration on January 20, 2025, he designated Commissioner Ferguson as Chairman of the FTC.

11. On May 18, 2025, I received an email from White House Deputy Director of Presidential Personnel Trent Morse, which purported to convey a message from President Trump removing me from my position as FTC Commissioner. A true and correct copy of that message is attached hereto as Exhibit A.

12. Shortly after I received the March 18 email, I was cut off from my government email address, access to all government servers and electronic files, and asked to return my technology equipment.

13. Since March 18, I have been denied access to my files and my staff members have all been placed on administrative leave or reassigned to other offices in the agency; I am now listed among the "Former Commissioners" on the FTC website, indicating that my "time in office" ended on March 18, 2025.[8]

14. As a result of these actions, I have been unable to fulfill my duties as a duly appointed and Senate-confirmed FTC Commissioner with over five years remaining in my term of service.

15. Based on my experience as an FTC Commissioner and my understanding of how the Commission functions, these actions in paragraph 12 and 13 can only have been taken at the direction of Defendant Chairman Ferguson and Defendant David Robbins, in his capacity as Executive Director of the FTC. Defendant Commissioner Holyoak has also acquiesced in these same actions.

---

[8] Federal Trade Commission, *Former Commissioners*, available at https://www.ftc.gov/about-ftc/commissioners-staff/former-commissioners (last accessed April 1, 2025).

16. If this Court were to grant relief that would require Defendants Ferguson, Robbins, and Holyoak to permit me to do so, I would be able to fulfill my duties as a duly appointed FTC Commissioner.

17. I understand that, since my purported removal and that of Commissioner Bedoya, only two FTC Commissioners—Defendant Chairman Ferguson and Commissioner Holyoak, both Republicans—have been able to perform their duties.

18. Neither President Trump's email message, nor any other communication from him, has sought to justify my removal on the ground that I committed any inefficiency, neglect of duty, or malfeasance. And, indeed, I have not committed any inefficiency, neglect of duty, or malfeasance.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed in Washington, D.C. on April 11, 2025.

*Rebecca Kelly Slaughter*
Rebecca Kelly Slaughter