UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REBECCA KELLY SLAUGHTER, in her official and personal capacities, and ALVARO M. BEDOYA, in his official and personal capacities,

        *Plaintiffs,*

v.

DONALD J. TRUMP, in his official capacity as President of the United States, ANDREW N. FERGUSON, in his official capacity as Chair of the Federal Trade Commission, MELISSA HOLYOAK, in her official capacity as Commissioner of the Federal Trade Commission, and DAVID B. ROBBINS, in his official capacity as the Executive Director of the Federal Trade Commission,

        *Defendants.*

Case No. 25 Civ. 909

Judge Loren L. AliKhan

## DECLARATION OF ALVARO M. BEDOYA

I, Alvaro M. Bedoya, declare as follows:

1. On September 12, 2021, President Biden announced my nomination to serve as an FTC Commissioner.

2. My appointment was contested in the Senate, and Vice President Harris cast the tiebreaking vote after the Senate divided over party lines. The Senate confirmed my appointment on May 11, 2022.

3. I was sworn in on May 16, 2022, to a term that expires on September 25, 2026.

4. I am a Democrat.

5. During my tenure on the FTC, the agency has taken significant actions in service of the Commission's statutory mission. *See* Declaration of Plaintiff Commissioner Rebecca Kelly Slaughter ("Slaughter Decl.") ¶ 8.

1

6. On May 18, 2025, I received an email from White House Deputy Director of Presidential Personnel Trent Morse, which purported to convey a message from President Trump removing me from my position as FTC Commissioner. The email I received is identical to the message Commissioner Slaughter received at the same time. *See* Declaration of Rebecca Kelly Slaughter, Exhibit A.

7. Shortly after I received the March 18 email, I was cut off from my government email access and asked to return my technology equipment.

8. Since March 18, I have been denied access to my files and my staff members have all been placed on administrative leave or reassigned to other offices in the agency; I am now listed among the "Former Commissioners" on the FTC website, indicating my "time in office" ended on March 18, 2025. Federal Trade Commission, *Former Commissioners*, *available at* https://www.ftc.gov/about-ftc/commissioners-staff/former-commissioners (last accessed April 1, 2025).

9. As a result of these actions, I have been unable to fulfill my duties as a duly appointed and Senate-confirmed FTC Commissioner with over a year remaining in my term of service.

10. Based on my experience as an FTC Commissioner and my understanding of how the Commission functions, the actions in paragraphs 7 and 8, can only have been taken at the direction of Defendant Chairman Ferguson and Defendant David Robbins, in his capacity as Executive Director of the FTC. Defendant Commissioner Holyoak has also acquiesced in these same actions.

11. If this Court were to grant relief that would require Defendants Ferguson, Robbins, and Holyoak to permit me to do so, I would be able to fulfill my duties as a duly appointed FTC Commissioner.

12. Neither President Trump's email message, nor any other communication from him, has sought to justify my removal on the ground that I committed any inefficiency, neglect of duty, or malfeasance. And, indeed, I have not committed any inefficiency, neglect of duty, or malfeasance.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed in Washington, D.C. on April 11, 2025.

Alvaro M. Bedoya