# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA KELLY SLAUGHTER, in her official and personal capacities, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*., <br><br> *Defendants.* | Case No. 1:25-cv-00909-LLA |

## JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULES

On March 27, 2025, Plaintiffs Rebecca Kelly Slaughter and Alvaro M. Bedoya brought suit to challenge their removal as Commissioners of the Federal Trade Commission on March 18, 2025, by President Donald J. Trump. *See* Compl., ECF No. 1. On April 11, 2025, Plaintiffs moved for expedited summary judgment. *See* ECF No. 20. Plaintiffs' submission "respectfully request[ed] that this Court, in lieu of preliminary injunction proceedings, set a schedule for the consideration of this motion on as accelerated of a schedule as the Court deems practicable and appropriate." *Id.* at 2.

The parties have now conferred regarding a briefing schedule, and while Defendants agree that this matter is ripe for resolution on cross-motions for summary judgment, the parties were unable to reach an agreement. Accordingly, the parties respectfully submit the competing briefing schedules set forth below.

**I.      Plaintiffs' Proposal**

Plaintiffs respectfully submit that expedited summary judgment is appropriate in this matter. *First*, the facts are not in dispute, as Defendants appear to agree. *Second*, the legal issues are critically

important, well-defined, *see* ECF 20-2 at 10-23, and hardly novel at this juncture, *see, e.g.*, *Grundmann v. Trump*, No. 25-cv-425 (D.D.C.); *Harris v. Bessent*, No. 25-cv-412, 2025 WL 521027 (D.D.C.); *Wilcox v. Trump*, No. 25-cv-334 (D.D.C.).  *Third*, Plaintiffs' purported removal as FTC Commissioners, in violation of 15 U.S.C. § 41, has caused confusion, uncertainty, and, ongoing harm to Plaintiffs, the public, and those regulated by the FTC that can only be remedied by prompt declaratory and injunctive relief, *see* ECF No. 20-2 at 23-32.

Thus, Plaintiffs respectfully request that this matter be heard on an accelerated schedule. Under analogous circumstances—where plaintiffs seek a preliminary injunction—the Local Rules give defendants only 7 days to respond, *see* Local Rule 65.1(c).  With allowance for Defendants' cross-motion, Plaintiffs submit that similar prompt treatment is appropriate under these circumstances, and Courts in this District have agreed. *See, e.g.*, *Wilcox*, No. 25-cv-334 (Feb. 11, 2025) (plaintiff, wrongfully terminated member of the NLRB, likewise moved for expedited summary judgment in lieu of TRO or preliminary injunction; court ordered complete briefing on cross-motions over 18-day period).

Plaintiffs request the following schedule for expedited summary judgment be entered:

- Defendants will file their combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment before or on **April 21, 2025**;
- Plaintiffs will file their combined reply in support of their motion for summary judgment and opposition to Defendants' cross-motion before or on **May 1, 2025**;
- Defendants will file their reply in support of their cross-motion before or on **May 6, 2025**.

## II.     Defendants' Proposal

Defendants respectfully submit that this case should be resolved on cross-motions for summary judgment briefed on the schedule provided by Local Civil Rule 7(b) & (d), with hearing and decision on an expeditious schedule convenient for the Court.  Notwithstanding their sudden assertions of urgency, Plaintiffs have not sought emergency relief in this case, waited over a week after the challenged terminations to file their complaint, and then waited over two weeks to move for

summary judgment. Accordingly, Defendants request that the following schedule for summary judgment briefing be entered:

- Defendants will file their combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment before or on **April 25, 2025**;
- Plaintiffs will file their combined reply in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment before or on **May 9, 2025**;
- Defendants will file their reply in support of their cross-motion for summary judgment before or on **May 16, 2025**.

Dated: April 14, 2025

Respectfully submitted,

CLARICK GUERON REISBAUM LLP

By: /s/ Aaron Crowell
Aaron Crowell (*admitted pro hac vice*)
Gregory A. Clarick (*admitted pro hac vice*)
David Kimball-Stanley (*admitted pro hac vice*)
41 Madison Avenue, 23rd Floor
New York, NY 10010
Tel.: (212) 633-4310
acrowell@cgr-law.com
gclarick@cgr-law.com
dkimballstanley@cgr-law.com

PROTECT DEMOCRACY PROJECT, INC.

Benjamin L. Berwick (D.D.C. Bar No. MA0004)
15 Main Street, Suite 312
Watertown, MA 02472
Tel.: (202) 579-4582
ben.berwick@protectdemocracy.org

Amit Agarwal (D.C. Bar No. 90002013)
Beau Tremitiere (*admitted pro hac vice*)
2020 Pennsylvania Ave. NW, Suite # 163
Washington, DC 20006
Tel.: (202) 579-4582
amit.agarwal@protectdemocracy.org
beau.tremitiere@protectdemocracy.org

Case 1:25-cv-00909-LLA   Document 24   Filed 04/14/25   Page 4 of 5

Jared F. Davidson (*admitted pro hac vice*)
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Tel.: (202) 579-4582
jared.davidson@protectdemocracy.org

*Counsel for Plaintiffs Rebecca Kelly Slaughter
and Alvaro M. Bedoya*

YAAKOV M. ROTH
*Acting Assistant Attorney General*

CHRISTOPHER HALL
*Assistant Branch Director*

EMILY HALL
*Counsel to the Acting Assistant Attorney General*

/s/ *Alexander W. Resar*
ALEXANDER W. RESAR
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 616-8188
Email: alexander.w.resar@usdoj.gov

*Counsel for Defendants*