UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA KELLY SLAUGHTER, in her official and personal capacities, *et al.*,<br><br>*Plaintiffs,*<br><br>*v.*<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al..*,<br><br>*Defendants.* | Case No. 1:25-cv-00909-LLA |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants respectfully submit this Notice of Supplemental Authority to inform the Court of the Supreme Court's Order in *Trump v. Wilcox*, No. 24A966, 605 U.S. ____ (2025), attached as Exhibit A. The Supreme Court stayed orders from other courts in this district enjoining the President's removal of a member of the National Labor Relations Board (NLRB) and a member of the Merit Systems Protection Board (MSPB). The Supreme Court noted that "[b]ecause the Constitution vests the executive power in the President," the President generally "may remove without cause executive officers who exercise that power on his behalf." *Id.* at 1. And it explained that its "stay reflects our judgment that the Government is likely to show that both the NLRB and MSPB exercise considerable executive power." *Id.* The Supreme Court therefore granted the stay while noting that it did not "ultimately decide in this posture whether the NLRB or MSPB falls within . . . a recognized exception" to that general rule. *Id.* The Supreme Court further explained that "[t]he stay also reflects our judgment that the Government faces greater risk of harm from an order allowing a removed officer to continue exercising the executive power than a wrongfully removed officer faces from being unable

1

to perform her statutory duty." *Id.*  Finally, the Supreme Court addressed the argument, advanced by Plaintiffs and various *amici* here, that "arguments in this case necessarily implicate the constitutionality of for-cause removal protections for members of the Federal Reserve's Board of Governors or other members of the Federal Open Market Committee." *Id.* at 2.  Not so, the Supreme Court explained, as the "Federal Reserve is a uniquely structured, quasi-private entity that follows in the distinct historical tradition of the First and Second Banks of the United States." *Id.*

Plaintiffs in this case bring similar claims to those brought in *Wilcox* and seek identical relief: an injunction reinstating them as principal executive officers.  FTC Commissioners exercise considerable executive power that matches or exceeds the power that members of the NLRB and MSPB wield.  Accordingly, the Supreme Court's stay counsels against issuance of the relief Plaintiffs seek here.

Dated: May 22, 2025                                   Respectfully submitted,


                                                  YAAKOV M. ROTH
*Acting Assistant Attorney General*

CHRISTOPHER R. HALL
*Assistant Branch Director*

EMILY HALL
*Counsel to the Acting Assistant Attorney General*


/s/ *Alexander W. Resar*
ALEXANDER W. RESAR
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 616-8188
Email: alexander.w.resar@usdoj.gov

*Counsel for Defendants*