## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA KELLY SLAUGHTER, in her official and personal capacities, et al., *Plaintiffs*, v. DONALD J. TRUMP, in his official capacity as President of the United States, et al., *Defendants*. | Case No. 25 Civ. 909<br><br>Judge Loren L. AliKhan |

## PLAINTIFFS' NOTICE OF FACTUAL DEVELOPMENT

Effective today, Plaintiff Alvaro Bedoya has formally resigned his position as Commissioner of the FTC.  *See* Supplemental Declaration of Plaintiff Alvaro Bedoya at paragraphs 7-9.

Plaintiff Rebecca Slaughter remains a Commissioner of the FTC and continues to seek all previously requested relief.  *See* Doc. 1 at pp. 19-20, paragraphs (a)-(d).  For his part, Plaintiff Bedoya continues to seek any and all relief appropriate to his new circumstances, including a declaratory ruling from this Court that the President's "purported termination" without cause in violation of 15 U.S.C. § 41 was "unlawful," that he was a "Commissioner[] of the Federal Trade Commission" until the date of his formal resignation, and that he was and is entitled to be "treat[ed]" as if he had been an FTC Commissioner until the date of his formal resignation, as well as any related injunctive relief.  *See id.*; Supplemental Declaration of Plaintiff Alvaro Bedoya.

Dated: June 9, 2025

Respectfully submitted,

CLARICK GUERON REISBAUM LLP

By: /s/ Aaron Crowell
Aaron Crowell (*admitted pro hac vice*)
Gregory A. Clarick (*admitted pro hac vice*)
David Kimball-Stanley (*admitted pro hac vice*)
41 Madison Avenue, 23rd Floor
New York, NY 10010
Tel.: (212) 633-4310
acrowell@cgr-law.com
gclarick@cgr-law.com
dkimballstanley@cgr-law.com

PROTECT DEMOCRACY PROJECT, INC.

Benjamin L. Berwick (D.D.C. Bar No. MA0004)
15 Main Street, Suite 312
Watertown, MA 02472
Tel.: (202) 579-4582
ben.berwick@protectdemocracy.org

Amit Agarwal (D.C. Bar No. 90002013)
Beau Tremitiere (*admitted pro hac vice*)
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
Tel.: (202) 579-4582
amit.agarwal@protectdemocracy.org
beau.tremitiere@protectdemocracy.org

Jared F. Davidson (*admitted pro hac vice*)
3014 Dauphine Street,
Suite New Orleans, LA
70117 Tel.: (202) 579-582
jared.davidson@protectdemocracy.org

*Attorneys for Plaintiffs Rebecca Kelly Slaughter and Alvaro M. Bedoya*