**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

REBECCA KELLY SLAUGHTER, in her official and personal capacities, *et al.*,

*Plaintiffs,*

*v.*

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Defendants.*

Case No. 1:25-cv-00909-LLA

**DEFENDANTS' NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit the Court's July 17, 2025 Order, see ECF No. 52, and Memorandum Opinion, see ECF No. 51.

Dated: July 17, 2025

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

CHRISTOPHER R. HALL
*Assistant Branch Director*

*/s/ Emily M. Hall*
EMILY M. HALL
*Counsel to the Assistant Attorney General*

ALEXANDER W. RESAR
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 616-8188
Email: alexander.w.resar@usdoj.gov

*Counsel for Defendants*